UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| ESTEBAN ALFARO-HUITRON, *et al.*, § | |
|    Plaintiffs, § | |
| § | No. 2:15-210  CG/WPL |
| v. § | |
| § | Civil Action |
| WKI OUTSOURCING SOLUTIONS, LLC, § | |
| *et al.*, § | |
|    Defendants. § | |

## ENTRY OF APPEARANCE FOR PLAINTIFFS

Attorney CHRISTOPHER BENOIT hereby enters his appearance as co-counsel on behalf of all Plaintiffs in the above-referenced matter pursuant to D.N.M.LR-Civ.83.4(b), and alleges as follows:

1.  I, Christopher Benoit, am a co-counseling attorney who represents all Plaintiffs in the above action.

2.  I am eligible to appear under D.N.M.LR-Civ. 83.2 because I am an active member in good standing of the Bar of the State of Texas (Tex. Bar No. 24068653) and of the U.S. District Courts for the District of New Mexico (D.N.M. Bar No. 1560).  I am also a member in good standing of the U.S. District Courts for the Southern and Western Districts of Texas as well as the United States Court of Appeals for the Fifth Circuit.

3.  My contact information is accurately stated in the signature block below.  I hereby requests that copies of all correspondence and pleadings be directed to me along with lead counsel at the emails listed below.  Jerome Wesevich will continue to be lead counsel for Plaintiffs in all matters.

May 28, 2015                                             Respectfully submitted,

                                                         TEXAS RIOGRANDE LEGAL AID, INC.
                                                         1331 Texas Avenue
                                                         El Paso, Texas  79901
                                                         Tel. (915) 585-5120
                                                         Fax. (915) 533-5108


                                                         /s/ Christopher Benoit_____
                                                         Jerome Wesevich
                                                         jwesevich@trla.org
                                                         N.M. Bar No. 20389
                                                         Admitted to Practice in D.N.M.

                                                         Christopher Benoit
                                                         cbenoit@trla.org
                                                         Texas Bar No. 24068653
                                                         Admitted to Practice in D.N.M.

                                                         *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on the date next to my signature above I electronically filed the foregoing document and all referenced exhibits and attachments using the Court's CM/ECF system, which provides notice and service of these documents to all parties who have appeared and attorneys of record in this civil action.


                                                         */s/ Christopher Benoit*
                                                         Christopher Benoit