IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ESTEBAN ALFARO-HUITRON,
ELEAZAR GARCIA-MATA,
JOSE ANTONIO GARCIA-MATA,
JUAN GUZMAN, JOSE GERARDO JASSO,
RAUL JASSO-CERDA, ISMAEL MARTINEZ
GONZALEZ, ENRIQUE ROJAS-TORRES,
LAZARO ROJAS-TORRES,
TRINIDAD SANTOYO-GARCIA,
PEDRO TAMEZ, ANGELA TERJO,
EFRAIN TERJO, SANTOS TREJO,
and YANETH TREJO,

       Plaintiffs,

v.                                                CV 15-210 JCH/WPL

WKI OUTSOURCING SOLUTIONS, LLC;
JAIME CAMPOS; CERVANTES AGRIBUSINESS;
CERVANTES ENTERPRISES, INC.;
RJF FARMS, INC.; RONNIE J. FRANZOY;
TEIRRA DE DIOS FARMS, LLC;
LACK FARMS, INC.; and SKYLINE PRODUCE, LLC,

       Defendants.

**ORDER DENYING MOTION FOR WITHDRAWAL OF COUNSEL**

Kemp Smith LLP, counsel for Defendants Skyline Produce LLC, RJF Farms Inc., and Ronnie J. Franzoy, filed an opposed motion to withdraw as counsel in this matter. (Doc. 126.) The motion does not indicate whether the defendants have consented to this withdrawal. Further, it does not appear that counsel has served a copy of the motion to withdraw on Skyline, RJF Farms, or Franzoy, as required by Local Rule 83.8(b). Therefore, the motion is denied without prejudice to re-filing.

It is so ordered.

_____
William P. Lynch
United States Magistrate Judge