IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ESTEBAN ALFARO-HUITRON, ELEAZAR
GARCIA-MATA, JOSE ANTONIO GARCIA-MATA,
JUAN GUZMAN, JOSE GERARDO JASSO,
RAUL JASSO-CERDA, ISMAEL MARTINEZ
GONZALEZ, ENRIQUE ROJAS-TORRES, LAZARO
ROJAS-TORRES, TRINIDAD SANTOYO-GARCIA,
PEDRO TAMEZ, ANGELA TREJO, EFRAIN TREJO,
SANTOS TREJO, and YANETH TREJO,

      Plaintiffs,

v.                                                    CV 15-210 JCH/WPL

WKI OUTSOURCING SOLUTIONS, LLC;
JAIME CAMPOS; CERVANTES AGRIBUSINESS;
CERVANTES ENTERPRISES, INC.; RJF FARMS, INC.;
RONNIE J. FRANZOY; TEIRRA DE DIOS FARMS, LLC;
LACK FARMS, INC.; and SKYLINE PRODUCE, LLC,

      Defendants.

**ORDER SETTING EXPEDITED BRIEFING SCHEDULE**

On March 7, 2016, the Plaintiffs filed a Motion to Permit Appearance at Depositions by Remote Means Pursuant to Rule 30(b)(4). (Doc. 163.) It appears that the depositions in question are scheduled for March 21 through 23, 2016, in Las Cruces, New Mexico. I hereby order an expedited briefing schedule as follows: Defendants shall file a response no later than **March 10, 2016, at 5:00 p.m.** Plaintiff may file a reply no later than **March 11, 2016, at 5:00 p.m.**

      IT IS SO ORDERED.

                                                                _____
                                                                William P. Lynch
                                                                United States Magistrate Judge