UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| ESTEBAN ALFARO-HUITRON, *et al.*, | § | |
| Plaintiffs, | § | |
| | § | No. 15-cv-210 JCH/WPL |
| v. | § | |
| | § | Civil Action |
| WKI OUTSOURCING SOLUTIONS, LLC, | § | |
| *et al.*, | § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDCE
## OF ALL CLAIMS MADE BY PLAINTIFF JOSE GERARDO JASSO

COME NOW Plaintiffs and all remaining Defendants who have appeared in this action (Cervantes Enterprises, Inc., Cervantes Agribusiness, Jaime Campos, and WKI Outsourcing Solutions, Inc.) who stipulate pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) that all claims made by Plaintiff JOSE GERARDO JASSO in this action are dismissed with prejudice.  This case is not a class action, no counterclaims are pending, and no receiver has been appointed.

Respectfully submitted,

April 14, 2016

TEXAS RIOGRANDE LEGAL AID, INC.
1331 Texas Ave.
El Paso, TX 79901
(915) 585-5100

*/s/ Jerome Wesevich*
Jerome Wesevich
N.M. Bar No. 20389
Email: jwesevich@trla.org
Christopher Benoit
Texas Bar No. 24068653
Email: cbenoit@trla.org
Admitted to Practice in D.N.M.
ATTORNEYS FOR PLAINTIFFS

-- AND –

- 2 -

        */s/ Joseph Cervantes*
        Joseph Cervantes
        Cervantes Law Firm, P.C.
        2610 S. Espina
        Las Cruces, NM 88001
        (575) 526-5600
        joseph@cervanteslawnm.com
        ATTORNEY FOR DEFENDANTS
        CERVANTES ENTERPRISES, INC, AND
        CERVANTES AGRIBUSINESS


        */s/ Jaime Campos*
        JAIME CAMPOS, *Pro Se*
        128 Tierra Vista  Dr.,
        Santa Teresa NM 88008
        (575) 386-1859
        jaimecampos@msn.com
        PRO SE


## CERTIFICATE OF SERVICE

I certify that on the date next to my signature above I electronically filed the foregoing document and all referenced exhibits and attachments using the Court's CM/ECF system, which provides notice and service of these documents to all parties and attorneys of record in the above matter.

        */s/ Jerome Wesevich*