IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ESTEBAN ALFARO-HUITRON,
ELEAZAR GARCIA-MATA,
JOSE ANTONIO GARCIA-MATA,
JUAN GUZMAN, JOSE GERARDO JASSO,
RAUL JASSO-CERDA, ISMAEL MARTINEZ
GONZALEZ, ENRIQUE ROJAS-TORRES,
LAZARO ROJAS-TORRES,
TRINIDAD SANTOYO-GARCIA
PEDRO TAMEZ, ANGELA TREJO,
EFRAIN TREJO, SANTOS TREJO,
and YANETH TREJO,

                                                  No. CV 15-210 JCH/WPL

Plaintiffs,

v.

WKI OUTSOURCING SOLUTIONS, LLC,
JAIME CAMPOS, CERVANTES AGRIBUSINESS,
CERVANTES ENTERPRISES, INC.,
RJF FARMS, INC., RONNIE J. FRANZOY,
TIERRA DE DIOS FARMS, LLC,
LACK FARMS, INC. and SKYLINE PRODUCE, LLC

Defendants.

**ORDER CONTINUING TRIAL SETTING**

THIS MATTER comes before the Court on the opposed Motion to Continue Trial filed by Defendants Cervantes Enterprises, Inc. and Cervantes Agribusiness. **[Doc. 226]** After consideration of the matter, the Court concludes that the motion shall be GRANTED due to the Court's criminal docket in May 2017 and the priority given to criminal trials in setting the Court's schedule.

1

**IT IS THEREFORE ORDERED** that Defendants' Motion to Continue the trial set for May 22, 2017 **[Doc. 226]** is hereby granted. The Court will reset the matter and notify the parties of the new trial setting at a later date.

IT IS FURTHER ORDERED that the Call of Calendar set for May 4, 2017 is VACATED.

_____
**UNITED STATES DISTRICT JUDGE**