UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ESTEBAN ALFARO-HUITORN,
ELEAZAR GARCIA-MATA,
JOSE ANTONIO GARCIA-MATA,
JUAN GUZMAN, JOSE GERARDO JASSO,
RAUL JASSO-CERDA, ISMAEL MARTINEZ
GONZALEZ, ENRIQUE ROJAS-TORRES,
LAZARO ROJAS-TORRES,
TRINIDAD SANTOYO-GARCIA
PEDRO TAMEZ, ANGELA TREJO,
EFRAIN TREJO, SANTOS TREJO,
and YANETH TREJO,

                                                                                                      No. 2-15-210 JCH/WPL

      Plaintiffs,

v.

WKI OUTSOURCING SOLUTIONS, LLC,
JAIME CAMPOS, CERVANTES AGRIBUSINESS,
CERVANTES ENTERPRISES, INC.,
RJF FARMS, INC., RONNIE J. FRANZOY,
TIERRA DE DIOS FARMS, LLC,
LACK FARMS, INC. and SKYLINE PRODUCE, LLC

      Defendants.

### NOTICE OF UNAVAILABILITY

      Come now Defendants Cervantes Agribusiness and Cervantes Enterprises, Inc., by and through their counsel of record Cervantes Law Firm, P.C. (Joseph Cervantes), and hereby notifies the Court and counsel of his service in the New Mexico Legislature, and his corresponding unavailability, between January 15, 2018, and February 15, 2018; and therefore respectfully requests that no trials, hearings, depositions, settlement facilitation or mediation conferences be scheduled between those dates.

Respectfully Submitted,

CERVANTES LAW FIRM, P.C.

/s/ Joseph Cervantes
Joseph Cervantes
Attorney for Defendants Cervantes Agribusiness
and Cervantes Enterprises, Inc.
2610 South Espina
Las Cruces, NM 88001
(575) 526-5600; Fax (575) 523-9317
joe@cervanteslawnm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2017, I electronically filed the foregoing document using the Court's CM/ECF system, which provides notice and service of this document to all attorneys of record in this civil action, and by email to *pro se* defendant Jaime Campos.

Jerome Wesevich
Christopher Benoit
Texas RioGrande Legal Aid, Inc.
1331 Texas Ave.
El Paso, TX 79901
(915) 585-5100; Fax (915) 544-3789
jwesevich@trla.org
cbenoit@trla.org

Jaime Campos
128 Tierra Vista Dr.
Santa Teresa, NM 88008
jaimecampos@msn.com

/s/ Joseph Cervantes/